UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Josette Oliver, et al.
                              Plaintiff,
v.                                              Case No.: 1:22−cv−03786
                                                Honorable Matthew F. Kennelly
Chicago Housing Authority
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 3, 2022:

MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 8/3/2022. Plaintiffs' uncontested motion for preliminary approval of a class action settlement [5] is granted. The parties are directed to send an order to Judge Kennelly's proposed order email address. A telephonic final approval hearing is set for 10/20/2022 at 8:45 a.m. The following call−in number will be used for the hearing: 888−684−8852, conference code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.