UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSETTE OLIVER, KEONA MONTGOMERY, and TARYN TRAVIS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHICAGO HOUSING AUTHORITY, an Illinois municipal corporation, <br><br> Defendant. | Case No. 1:22-cv-3786 <br><br> Judge Matthew F. Kennelly |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs move this Court to enter an order finally approving the Settlement Agreement that this Court preliminarily approved on August 3, 2022. In support of this Motion, Plaintiffs have submitted a Memorandum in Support of Their Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees. A draft order is attached as Exhibit 2 to that Memorandum.

WHEREFORE, Plaintiffs ask the Court to enter the order attached as Exhibit 2 to Plaintiffs' Memorandum in Support of Their Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees.

1

Respectfully submitted,

/s/ Lawrence Wood
One of the Attorneys for the Plaintiffs

John Bouman
Lawrence Wood
Daniel Schneider
LEGAL ACTION CHICAGO
120 South LaSalle Street, 9th floor, Chicago, Illinois 60603
jbouman@legalactionchicago.org
lwood@legalactionchicago.org
dschneider@legalactionchicago.org
(312) 347-8330

Jeffrey E. Stone
Daniel R. Campbell
MCDERMOTT WILL & EMERY
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
jstone@mwe.com
dcampbell@mwe.com
(312) 984-2167

Kate Walz
Marcos Segura
NATIONAL HOUSING LAW PROJECT
1663 Mission Street, Suite 460, San Francisco, California 94103
kwalz@nhlp.org
msegura@nhlp.org
(415) 546-7000 ext. 3129

Attorneys for Plaintiffs