# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSETTE OLIVER, KEONA MONTGOMERY, and TARYN TRAVIS, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 22-cv-3786 |
| v. | )<br>) |
| CHICAGO HOUSING AUTHORITY, an Illinois municipal corporation, | )<br>)<br>) |
| Defendant. | ) |

## ORDER GRANTING FINAL APPROVAL TO
## THE CLASS ACTION SETTLEMENT AGREEMENT

This cause comes before the Court for a final approval hearing, the court having previously granted Plaintiffs' Uncontested Motion for entry of an Order preliminarily approving the Class Action Settlement Agreement between Plaintiffs Josette Oliver, Keona Montgomery, and Taryn Travis, on behalf of themselves and all others similarly situated, and Defendant Chicago Housing Authority ("CHA") in the above-captioned case.

The Court having reviewed the Plaintiff's memorandum in support of their motion for final approval of the class action settlement and award of attorneys' fees,

**IT IS HEREBY ORDERED** that:

1. This Court has jurisdiction over this action and each of the parties to the Settlement Agreement.

2. The Court grants final approval of the Settlement Agreement, which the Court adjudges to be fair, reasonable and adequate;

3. The parties are directed to carry out the Settlement Agreement's terms and provisions;

4. CHA is directed to pay Class Counsel $75,000.00 in full satisfaction of Plaintiffs' attorneys' fees, litigation expenses, and costs;

5. This class action is dismissed without prejudice. The Court retains jurisdiction to enforce and otherwise implement the terms and conditions of the Settlement Agreement, and the dismissal without prejudice will convert to one with prejudice upon notice of the parties to the Court of the execution of all terms of the settlement agreement or upon the expiration of one year following the dismissal without prejudice, whichever occurs first, unless an extension is sought pursuant to the terms of the settlement agreement.

ENTER:

_____
United States District Court

Dated: April 10, 2023